UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

AKO K. BURRELL,

                Plaintiff,

              -v-                      9:22-CV-1178 (DNH/MJK)

DONALD UHLER *et al.*,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## **ORDER ON REPORT & RECOMMENDATION**

On November 10, 2022, *pro se* plaintiff Ako K. Burrell ("plaintiff"), at that time an inmate in the custody of the New York State Department of Corrections and Community Supervision ("DOCCS"), filed this 42 U.S.C. § 1983 action alleging that DOCCS officials violated his constitutional rights. Dkt. No. 1. Along with his complaint, plaintiff moved for leave to proceed *in forma pauperis* ("IFP Application"). Dkt. Nos. 2, 3.

On February 15, 2023, this Court granted plaintiff's IFP Application and, after conducting an initial review of the pleading, determined that plaintiff's excessive force, medical-indifference, and retaliation claims survived initial review and required a response from certain defendants. Dkt. No. 9. Thereafter,

defendants answered the complaint, Dkt. No. 46, conducted some discovery, *see, e.g.*, Dkt. No. 75, and eventually moved for partial summary judgment, Dkt. No. 127. That motion was fully briefed and referred to the assigned magistrate judge for review and a decision. Dkt. Nos. 128, 129, 133, 137.

On February 17, 2026, U.S. Magistrate Judge Mitchell J. Katz advised by Report & Recommendation ("R&R") that defendants' motion for summary judgment be granted and plaintiff's complaint be dismissed because plaintiff failed to exhaust his available administrative remedies, including as to the claims involving the non-moving defendants. *See* Dkt. No. 140.

Plaintiff has lodged objections. Dkt. No. 142. Broadly speaking, plaintiff contends that Judge Katz applied the wrong legal standards and refused to permit him to access discovery. *See id.* Upon *de novo* review, the R&R is accepted and will be adopted. *See* 28 U.S.C. § 636(b)(1)(C).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 140) is ACCEPTED;

2. Defendant's motion for partial summary judgment (Dkt. No. 127) is GRANTED; and

3. Plaintiff's complaint is DISMISSED.

The Clerk of the Court is directed to terminate the pending motions, enter a judgment accordingly, and close the file.

IT IS SO ORDERED.


Dated:  March 13, 2026
          Utica, New York.

David N. Hurd
U.S. District Judge